U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed September 11, 2007     **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Dallas Roof Gardens, Inc. | § | Case No: 07-32159-BJH-11 |
| | § | |
| Debtor-in-Possession | § | Chapter 11 |
| | | |
| | | Hearing: September 6, 2007 |
| | | 1:15 p.m. |

### Order Dismissing Case

Came on for consideration, the United States Trustee's Motion to Dismiss Case or Convert Case to Chapter 7. The Court considered statements of counsel for the debtor, the United States Trustee and creditors, and the record in this case. For the reasons stated on the record, the Court finds that dismissal of the case is appropriate. Therefore, the Court hereby

ORDERS that this case be, and is hereby, dismissed.

###end of order###

Approved:
    /s/ Arthur Ungerman

Arthur Ungerman, attorney for the debtor-in-possession